UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH HERNANDEZ, DECEASED, by and through his successors in interest, D.H. and E.H., individually, by and through their guardian ad litem ANDREA BAKER; and CYNTHIA HERNANDEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a public entity; ARROWHEAD REGIONAL MEDICAL CENTER, a public entity; DEEPAK CHADWANI, MD, an individual; and DOES 1-40, inclusive,<br><br>Defendants. | Case Number: 5:23-cv-00806-JGB-SP<br>Judge:   Jesus G. Bernal<br>Magistrate Judge: Sheri Pym<br><br>**JUDGMENT** |

# **JUDGMENT**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

According to the Court's September 14, 2023 Order (Dkt. No. 17) granting <u>without leave to amend</u> Defendants COUNTY OF SAN BERNARDINO's and ARROWHEAD REGIONAL MEDICAL CENTER's (collectively, "Defendants") Motion to Dismiss the Complaint of Plaintiffs ISAIAH HERNANDEZ, DECEASED, by and through his successors in interest, D.H. and E.H., individually, by and through their guardian ad litem ANDREA BAKER, and CYNTHIA HERNANDEZ, individually (collectively, "Plaintiffs"), Judgment in favor of Defendants dismissing them with prejudice is proper.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:

1. That Plaintiffs' Complaint (Dkt. No. 1-1) and Defendants are DISMISSED WITH PREJUDICE;

2. That Judgment is entered in favor of Defendants and against Plaintiffs;

3. That Plaintiffs take nothing from this lawsuit against Defendants; and

4. That Defendants, as the prevailing parties, shall recover costs against Plaintiffs.

IT IS SO ORDERED.

Dated: February 27, 2024

HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT